MARY F. WILSON, Respondent, *v.* THE KNICKERBOCKER LIFE INSURANCE COMPANY, Appellant.

(Argued May 24, 1878; decided June 4, 1878.)

*Samuel Hand* for appellant.

*John M. Knox, Jr.,* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

| 74 | 603 |
| 127 | 52 |

---

ELLEN R. QUINLAN, Respondent, *v.* THE CITY OF UTICA, Appellant.

(Argued May 27, 1878; decided June 4, 1873.)

REPORTED below, 11 Hun, 217.

*A. Coburn* for appellant.

| 74 | 603 |
| 118 | 405 |

*S. M. Lindsley* for respondent.

| 74 | 603 |
| 118 | 259 |

Agree to affirm. No opinion.
All concur, except ALLEN, J., absent.
Judgment affirmed.